UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAUN MILLER,

                              Plaintiff,

                 -*against*-

NEW YORK CITY, CORRECTION
OFFICER PEREZ, G (JOHN DOE), *and*
CORRECTION OFFICER WILLIAMS,

                              Defendants.

**VALENTIN ORDER**

24-CV-8938 (ER)

EDGARDO RAMOS, United States District Judge:

Rashaun Miller, who is currently incarcerated in the Fishkill Correctional Facility and is proceeding *pro se* and *in forma pauperis* ("IFP"), initiated this action while held in the George R. Vierno Center ("GRVC") on Rikers Island.  By order dated December 22, 2025, the Court granted Plaintiff 30 days' leave to replead his claims in an amended complaint, as specified in that order.  Doc. 14.  On January 16, 2026, the Court received a one-page submission that is styled as an amended complaint for this action; it is captioned as "Miller v. New York City et al" and is labeled as an amended complaint for this action.  Doc. 15.  The submission does not name individual defendants, although Plaintiff does refer to three individual correction officers in the body of that submission.  *Id.*  On March 17, 2026, the Court issued an Order of Service which, in part, ordered service to Defendants Correction Officer Perez and Correction Officer Williams and requested that they waive service.  Doc. 17.  On April 10, 2026,  a waiver of service was returned unexecuted as to Correction Officers Perez and Williams for the reason "Common name/Cannot identify."  Doc. 19.

As stated in the Court's previous order, under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the amended complaint, Miller supplies sufficient information to permit the New York City Department of Correction to identify Correction Officers Perez and Williams. They are GRVC Correction Officers, who were assigned proximate to Miller's cell in GRVC housing unit 19A while Miller was held there between July 28, 2024, and October 30, 2024. It is therefore ordered that the Corporation Counsel for the City of New York, who is the attorney for and agent of the New York City Department of Correction, must ascertain the identity and badge number of these defendants.[1] The Corporation Counsel must provide this information to Miller and to the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Miller must file a second amended complaint naming the newly identified individuals as defendants and providing their badge numbers. The second amended complaint will replace, not supplement, the original and amended complaints. Once Miller has filed a second amended complaint, the Court will screen it and, if necessary, issue an order requesting that the newly identified defendants waive service of summons.

Pursuant to the electronic service agreement between the Court and the New York City Department of Correction, the Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Correction of this order. The Court

---

[1] If the defendants are current or former DOC employees or officials, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If the defendants are not current or former DOC employees or officials, but otherwise work or worked at a DOC facility, the Law Department must provide residential addresses where the individuals may be served.

directs the Corporation Counsel of the City of New York to comply with the instructions listed above with regard to providing the identity and badge number of Correction Officer Perez and Correction Officer Williams, pursuant to *Valentin*.

SO ORDERED.

Dated:   April 27, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

3