UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAUN MILLER,

                Plaintiff,

-*against*-

NEW YORK CITY, CORRECTION
OFFICER PEREZ, G (JOHN DOE), *and*
CORRECTION OFFICER WILLIAMS,

                Defendants.

**ORDER OF SERVICE**

24-CV-8938 (ER)

EDGARDO RAMOS, United States District Judge:

Rashaun Miller, who is currently incarcerated in the Fishkill Correctional Facility and is proceeding *pro se* and *in forma pauperis* ("IFP"), initiated this action while held in the George R. Vierno Center ("GRVC") on Rikers Island. *See* Doc. 1. The Court construed his first amended complaint as naming Correction Officer Perez, Correction Officer Williams, and G (John Doe) as defendants (the "Correction Officer Defendants"). Docs. 15, 17. In two *Valentin* orders dated March 17, 2026, and April 27, 2026, the Court directed the Corporation Counsel for the City of New York, who is the attorney for and agent of the New York City Department of Correction, to ascertain the identity and badge number of the Correction Officer Defendants. Docs. 17, 23.[1] On June 5, 2026, the Corporation Counsel of the City of New York filed a letter with the Court which included the names and badge numbers of each of the Correction Officer Defendants. Doc. 27.

---

[1] In each of those *Valentin* orders, the Court also stated that, after the Correction Officer Defendants were identified by the Corporation Counsel, Miller would need to file a second amended complaint properly naming the defendants. Docs. 17, 23. However, as indicated below, in light of Miller's *pro se* status, the Court is directing the Clerk of Court to substitute the properly named defendants for the ambiguously identified defendants. Accordingly, there is no need for Miller to file a second amended complaint for the purposes of properly identifying the Correction Officer Defendants.

The Clerk of Court is respectfully directed to amend the caption in this action and substitute Correctional Officer Jason Perez, Shield #10518 for Correction Officer Perez; Correctional Officer Shayla Williams, Shield #15139 for Correction Officer Williams; and Correctional Officer Addjadee Garnett, Shield #18150 for "G (John Doe)."  Further, the Court respectfully directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of this order.  The Court requests that Correction Officers Perez, Williams, and Garnett Perez waive service of summonses.

SO ORDERED.

Dated:   June 9, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

2