UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RASHAUN MILLER,

Plaintiff,

- against -

NEW YORK CITY, CORRECTION OFFICER ADDJADEE GARNETT, CORRECTION OFFICER JASON PEREZ, and CORRECTION OFFICER SHAYLA WILLIAMS,

Defendants.

-------------------------------------------------------------x

**ORDER**

24-cv-8938 (ER)

Ramos, D.J.:

On September 21, 2026, City Defendants filed a motion to dismiss. Doc. 51. Accordingly, Miller's response is due **November 2, 2026**, and City Defendants' reply is due **November 23, 2026**.

It is SO ORDERED.

Dated: September 22, 2026
New York, New York

Edgardo Ramos, U.S.D.J.