UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAUN MILLER,

Plaintiff,

*-against-*

ADDJADEE GARNETT, JASON PEREZ, *and* SHAYLA WILLIAMS, *in their individual capacities,*

Defendants.

**ORDER**

No. 24 Civ. 8938 (ER)

Ramos, D.J.:

Rashaun Miller is currently incarcerated in the Fishkill Correctional Facility and is proceeding *pro se* and *in forma pauperis* ("IFP"). On November 15, 2024, Miller commenced this action alleging violations of his civil rights. Doc. 1. The operative complaint was filed on September 11, 2026. Doc. 49. Following the dismissal of the City of New York and the individual defendants in their official capacities, this case is proceeding against Correction Officers Addjadee Garnett, Jason Perez, and Shayla Williams, (collectively, "Correction Officers") in their individual capacities only. Doc. 54.

This matter is scheduled for an initial case management and scheduling conference, pursuant to Fed. R. Civ. P. 16 on December 17, 2026, at 10:00 a.m., by telephone. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

The Court acknowledges that Correction Officer Williams has not appeared in this matter. On August 18, 2026, the Deputy General Counsel of the New York City Department of Correction returned an unexecuted waiver of service of summons, stating that Correction Officer

Williams was "out on sick leave with no return date" and that she would be served upon her return. Doc. 45. The Court respectfully directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of this action and requests that Correction Officer Williams waive service of summons by December 15, 2026.

SO ORDERED.

Dated: November 24, 2026
New York, New York

EDGARDO RAMOS
United States District Judge